

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2022

No. 04-22-00158-CR

Clarence Edward **LIPPERT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7076
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

After appellant's conviction, his appointed trial counsel, Mr. Oliver Neel, filed a motion to withdraw as trial counsel, which the trial court granted on April 7, 2022. On April 22, 2022, Mr. Neel filed a motion with this court asking that the appeal be abated and remanded to the trial court for appointment of appellate counsel. On April 26, 2022, the trial court appointed Mr. Neel as appellate counsel for appellant. On April 27, 022, Mr. Neel filed a notice of appearance and a waiver of his motion to abate. Therefore, the Motion to Abate Appeal and for Appointment of New Counsel is DENIED AS MOOT.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court